```
         IN THE UNITED STATES DISTRICT COURT FOR THE
               SOUTHERN DISTRICT OF ALABAMA
                     SOUTHERN DIVISION
```

```
JOHN ALLEN,                       :
                                  :
     Plaintiff,                   :
                                  :
vs.                               :   CIVIL ACTION 16-00288-WS-M
                                  :
JOHNNY L. PORTIS, et al.,         :
                                  :
     Defendants.                  :
```

ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.

It is **ORDERED** that this action be and is hereby **DISMISSED** without prejudice for failure to prosecute and to obey the Court's Order.

DONE this 25th day of October, 2016.

```
                         s/WILLIAM H. STEELE
                         CHIEF UNITED STATES DISTRICT JUDGE
```