IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JOHN ALLEN, | : |
| | : |
|     Plaintiff, | : |
| | : |
| vs. | :   CIVIL ACTION 16-00288-WS-M |
| | : |
| JOHNNY L. PORTIS, et al., | : |
| | : |
|     Defendants. | : |

JUDGMENT

In accordance with the Order entered this date, it is **ORDERED, ADJUDGED,** and **DECREED** that this action is **DISMISSED** without prejudice for failure to prosecute and to obey the Court's Order.

DONE this 25th day of October, 2016.

                                      s/WILLIAM H. STEELE
                                      CHIEF UNITED STATES DISTRICT JUDGE